KAEMPFER CROWELL
Robert McCoy, No. 9121
Sihomara L. Graves, No. 13239
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
Telephone:  (702) 792-7000
Facsimile:  (702) 796-7181
Email: rmccoy@kcnvlaw.com
Email: sgraves@kcnvlaw.com

Attorneys for Defendants American
Express National Bank

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DAWEI CHEN,<br><br>     Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION LLC; CLARITY SERVICES, INC.; AMERICAN EXPRESS COMPANY; and JPMORGAN CHASE BANK, NATIONAL ASSOCIATION,<br><br>     Defendants. | Case No.  2:26-cv-00087-JCM-NJK<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR AMERICAN EXPRESS TO RESPOND TO COMPLAINT**<br><br>**(FIRST REQUEST)** |

KAEMPFER
CROWELL

19717.00018

Plaintiff Dawei Chen and defendant American Express National Bank, erroneously sued as American Express Company ("American Express"), stipulate to the following:

1.	On January 16, 2026, Plaintiff filed his complaint (ECF No. 1);

2.	On January 22, 2026, Plaintiff served the complaint and a summons on American Express, making American Express's deadline to respond February 12, 2026;

3.	Plaintiff and American Express require additional time to meet and confer with respect to possible settlement;

4.	Plaintiff and American Express stipulate to extend the date by which American Express must respond to the complaint by 30 days, from February 12, 2026 up to and including March 16, 2026;

5.	Pursuant to LR IA 6-1, this is the first stipulation for and extension of time for American Express to respond to the complaint;

6.	Plaintiff and American Express submit this stipulation in good faith and not for any improper purpose.

*COUNSEL SIGNATURES ON NEXT PAGE TO COMPLY WITH LR IA 6-2*

**ORDER**

IT IS SO ORDERED.

_____
United States Magistrate Judge

DATED: February 12, 2026

KAEMPFER

CROWELL

19717.00018

Page 1 of 2

| FREEDOM LAW FIRM, LLC | KAEMPFER CROWELL |
|---|---|
| /s/ Gerardo Avalos | |
| George Haines, No. 9411 | Robert McCoy, No. 9121 |
| Gerardo Avalos, No. 15171 | Sihomara L. Graves, No. 13239 |
| 8985 S. Eastern Avenue, Suite 100 | 1980 Festival Plaza Drive, Suite 650 |
| Las Vegas, Nevada 89123 | Las Vegas, Nevada 89135 |
| | |
| Attorneys for Plaintiff | Attorneys for Defendants American |
| Dawei Chen | Express National Bank |

KAEMPFER

CROWELL

19717.00018