**GREENBERG TRAURIG, LLP**
Joel E. Tasca, Esq. (Nevada Bar No. 14124)
joel.tasca@gtlaw.com
Daniel R. Miller, Esq. (Nevada Bar No 17255)
daniel.miller@gtlaw.com
10845 Griffith Peak Drive, Suite 600
Las Vegas, NV 89135
Telephone:    (702) 792-3773
Facsimile:    (702) 792-9002

*Attorneys for Defendants JPMorgan Chase Bank, N.A.*

**UNITED STATES DISTRICT COURT**

**DISTRICT COURT OF NEVADA**

| | |
|---|---|
| DAWEI CHEN,<br><br>          Plaintiff,<br><br>     v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION LLC; CLARITY SERVICES, INC.; AMERICAN EXPRESS COMPANY; and JPMORGAN CHASE BANK, NATIONAL ASSOCIATION | Case No.: 2:26-cv-00087-JCM-NJK<br><br>**STIPULATION TO EXEND ANSWER DEADLINE and ~~[PROPOSED]~~ ORDER (First Request)** |

JPMorgan Chase Bank, N.A., by and through its counsel of record, Greenberg Traurig LLP and Dawei Chen by and through his counsel of record Freedom Law Firm, LLC, hereby submit this first stipulation to extend the answer deadline in this matter, pursuant to LR IA 6-1.

The complaint in this action was served on JPMorgan Chase Bank, N.A., on January 22, 2026. *See* ECF Dkt. No. 8. Federal Rule of Civil Procedure 12(a)(1)(A)(i) provides a twenty-one-day deadline for answer from the date of service twenty-one days from the date of service would be February 12, 2026.  Accordingly, this request is made before the expiration of the specified period. *See* LR IA 6-1.

Counsel for the Plaintiff and counsel for JPMorgan Chase Bank, N.A. reached a mutual agreement on February 11, 2026, to extend the answer deadline by a period of 30 days, or until

**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive
Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

1

*ACTIVE 719119415v1*

March 14, 2026, to permit the Defendant time to investigate the allegations of the complaint and appropriately answer them.

Therefore, in accordance with the parties' agreement the parties stipulate, and agree that answer deadline for JPMorgan Chase Bank, N.A., be extended until March 14, 2026.

DATED this 12th day of February, 2026.

**GREENBERG TRAURIG, LLP**

*s/ Daniel R. Miller*
Joel E. Tasca, Esq. (Nevada Bar No. 14124)
joel.tasca@gtlaw.com
Daniel R. Miller, Esq. (Nevada Bar No. 17255)
daniel.miller@gtlaw.com
10845 Griffith Peak Drive, Suite 600
Las Vegas, NV 89135

*Attorneys for Defendant JPMorgan
Chase Bank, N.A.*

**FREEDOM LAW FIRM, LLC**

*s/ Gerado Avalos*
George Haines, Esq. (Nevada Bar No. 9411)
ghaines@freedomlegalteam.com
Gerado Avalos, Esq. (Nevada Bar No. 15171)
gavalos@freedomlegalteam.com
8985 South Eastern Ave., Suite 100
Las Vegas, NV 89123

*Attorneys for Plaintiff Dawei Chen*

## **ORDER**

Based on the foregoing stipulation and good cause appearing therefore,

IT IS HEREBY ORDERED that the deadline for Defendant JP Morgan Chase to file and serve their Answer to Plaintiff's Complaint be extended to March 14, 2026.

IT IS SO ORDERED:

_____
United States Magistrate Judge

DATED: February 13, 2026

**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive
Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

2