**GREENBERG TRAURIG, LLP**
Joel E. Tasca, Esq. (Nevada Bar No. 14124)
joel.tasca@gtlaw.com
Daniel R. Miller, Esq. (Nevada Bar No 17255)
daniel.miller@gtlaw.com
10845 Griffith Peak Drive, Suite 600
Las Vegas, NV 89135
Telephone:    (702) 792-3773
Facsimile:    (702) 792-9002

*Attorneys for Defendants JPMorgan Chase Bank, N.A.*

## UNITED STATES DISTRICT COURT

### DISTRICT COURT OF NEVADA

| | |
|---|---|
| DAWEI CHEN, | Case No.: 2:26-cv-00087-JCM-NJK |
| Plaintiff, | |
| v. | **STIPULATION TO EXTEND ANSWER DEADLINE and ~~[PROPOSED]~~ ORDER (Second Request)** |
| EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION LLC; CLARITY SERVICES, INC.; AMERICAN EXPRESS COMPANY; and JPMORGAN CHASE BANK, NATIONAL ASSOCIATION | |

JPMorgan Chase Bank, N.A., by and through its counsel of record, Greenberg Traurig LLP and Dawei Chen by and through his counsel of record Freedom Law Firm, LLC, hereby submit this second stipulation to extend the answer deadline in this matter, pursuant to LR IA 6-1.

The complaint in this action was served on JPMorgan Chase Bank, N.A., on January 22, 2026. *See* ECF Dkt. No. 8. Federal Rule of Civil Procedure 12(a)(1)(A)(i) provides a twenty-one-day deadline for answer from the date of service twenty-one days from the date of service would be February 12, 2026. That deadline was extended until March 14, 2026 by Court Order on the mutual agreement of the parties.  Accordingly, this request is made before the expiration of the specified period. *See* LR IA 6-1.

///

1

GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive
Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

Counsel for the Plaintiff and counsel for JPMorgan Chase Bank, N.A. reached a mutual agreement on February 11, 2026, to extend the answer deadline by a period of 30 days, or until March 14, 2026, to permit the Defendant time to investigate the allegations of the complaint and appropriately answer them.  The Court granted the extension until March 14, 2026. ECF Dkt. No. 17.

The parties further agreed to extend the deadline for one week until March 23, 2026[1].

Therefore, in accordance with the parties' agreement the parties stipulate, and agree that answer deadline for JPMorgan Chase Bank, N.A., be extended until March 23, 2026.

DATED this 13th day of March, 2026.

**GREENBERG TRAURIG, LLP**

 s/ Daniel R. Miller
Joel E. Tasca, Esq. (Nevada Bar No. 14124)
joel.tasca@gtlaw.com
Daniel R. Miller, Esq. (Nevada Bar No. 17255)
daniel.miller@gtlaw.com
10845 Griffith Peak Drive, Suite 600
Las Vegas, NV 89135

*Attorneys for Defendant JPMorgan Chase Bank, N.A.*

**FREEDOM LAW FIRM, LLC**

s/ Gerado Avalos
George Haines, Esq. (Nevada Bar No. 9411)
ghaines@freedomlegalteam.com
Gerado Avalos, Esq. (Nevada Bar No. 15171)
gavalos@freedomlegalteam.com
8985 South Eastern Ave., Suite 100
Las Vegas, NV 89123

*Attorneys for Plaintiff Dawei Chen*

## ORDER

Based on the foregoing stipulation and good cause appearing therefore,

IT IS HEREBY ORDERED that the deadline for Defendant JP Morgan Chase to file and serve their Answer to Plaintiff's Complaint be extended to March 23, 2026.

IT IS SO ORDERED:

_____
United States Magistrate Judge

DATED: March 16, 2026

---

[1] One week from March 14, 2026 is March 21, 2026 which is a Saturday.

2

GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive
Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

ACTIVE 720742239v1