Abran E. Vigil
Nevada Bar No. 7548
Ballard Spahr LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: (702) 471-7000
vigila@ballardspahr.com

*Attorneys for Defendant American Express Company*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DAWEI CHEN,<br><br>                              Plaintiff,<br><br>         vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION LLC; CLARITY SERVICES, INC.; AMERICAN EXPRESS COMPANY; and JPMORGAN CHASE BANK, NATIONAL ASSOCIATION,<br><br>                              Defendants. | CASE NO.:  2:26-cv-00087-JCM-NJK<br><br><br><br>**MOTION FOR SUBSTITUTION OF COUNSEL**<br>**(No Hearing Requested)** |

Pursuant to LR – IA 11-6(c), Abran E. Vigil, Esq., of Ballard Spahr, LLP, 1980 Festival Plaza Drive, Suite 900, Las Vegas, Nevada 89135, hereby substitutes as counsel of record for defendant American Express Company in the place and stead of Robert R. McCoy and Sihomara L. Graves of the law firm Kaempfer Crowell. Going forward, all filings and other items to be served on American Express Company in this matter should be served on new counsel as follows:

Abran E. Vigil
Nevada Bar No. 7548
Ballard Spahr LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, NV  89135-2958
Tel: 702-471-7000
Fax: 702-471-7410
Email: vigila@ballardspahr.com

BALLARD SPAHR LLP<br>One Summerlin, 1980 Festival Plaza Drive, Suite 900<br>Las Vegas, NV 89135-2958

i

I consent to this substitution.

Date: March 31, 2026        By:_____    David D. Switzler
                                          Representative of American Express Company

I consent to this substitution.

Date: April 21, 2026        By:___/s/ Robert R. McCoy_____
                                          Robert R. McCoy, MC Law Nevada

I consent to this substitution.

Date: April 21, 2026        By:___/s/ Sihomara L. Graves_____
                                          Sihomara L. Graves, Kaempfer Crowell

I consent to this substitution.

Date: April 21, 2026        By: /s/ Abran Vigil_____
                                          Abran Vigil, Ballard Spahr LLP

I consent to this substitution.

Date: March ___, 2026       By:_____
                                          Digitally signed by Kevin Smith
                                          Date: 2026.04.08 09:00:57 -05'00'
                                          Representative of Citibank, N.A. as real party in
                                          interest in place of American Express Company

IT IS SO ORDERED.


By:_____

United States ~~District~~/Magistrate Judge

Dated: April 22, 2026_____

ii