George Haines, Esq.
Nevada Bar No. 9411
Gerardo Avalos, Esq.
Nevada Bar No. 15171
**FREEDOM LAW FIRM, LLC**
8985 South Eastern Ave., Suite 205
Las Vegas, NV 89123
ghaines@freedomlegalteam.com
gavalos@freedomlegalteam.com
Phone: (702) 880-5554
FAX: (702) 385-5518
*Attorneys for Dawei Chen*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Dawei Chen,<br><br>          Plaintiff,<br>     v.<br><br>Experian Information Solutions, Inc.; Trans Union LLC; Clarity Services, Inc.; American Express Company and JPMorgan Chase Bank, National Association,<br><br>          Defendants. | Case No.: 2:26-cv-00087<br><br>**Unopposed Motion for Extension of Time to File Dismissal Documents** |

The dispute between Dawei Chen ("Plaintiff"), Experian Information Solutions, Inc. and Clarity Services, Inc. ("Defendants") (together as the "Parties") has been resolved.

On March 18, 2026, Plaintiff filed a Notice of Settlement and requested 60 days to file dismissal documents. ECF No. 25.

Accordingly, Plaintiff, by and through counsel, hereby submits this Unopposed Motion for Extension of Time to File Dismissal Documents.

---

STIPULATION                    - 1 -

The parties have reached settlement terms, and the settlement agreement is awaiting final approval and signatures. Once the settlement agreement is finalized, Plaintiff will dismiss the claims against Defendants with Prejudice.

Plaintiff requests, and Defendants do not oppose the request, that all pending dates and filing requirements as to Plaintiff and Defendants continue to be vacated and that the Court allow the parties an additional 30 days, until on or before **June 17, 2026**, to file dismissal documents.

Dated: May 18, 2026.

Respectfully submitted,

**FREEDOM LAW FIRM**

 /s/ *Gerardo Avalos*
George Haines, Esq.
Gerardo Avalos, Esq.
8985 S. Eastern Ave., Suite 205
Las Vegas, Nevada 89123
*Counsels for Dawei Chen*

IT IS SO ORDERED:

_____
UNITES STATES DISTRICT JUDGE

DATED:__May 21, 2026_____

_____
STIPULATION                - 2 -