Abran E. Vigil
Nevada Bar No. 7548
1980 Festival Plaza Drive, Suite 900
vigila@ballardspahr.com
Las Vegas, Nevada 89135
Telephone: (702) 471-7000
vigila@ballardspahr.com

*Attorneys for Defendant Citibank, N.A.*
*erroneously sued as American Express Company*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DAWEI CHEN, | CASE NO.: 2:26-cv-00087-JCM-NJK |
| Plaintiff, | |
| vs. | |
| EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION LLC; CLARITY SERVICES, INC.; AMERICAN EXPRESS COMPANY; and JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, | **STIPULATION AND ORDER TO ARBITRATE AND STAY PROCEEDINGS AGAINST DEFENDANT CITIBANK, N.A.** |
| Defendants. | |

Plaintiff Dawei Chen ("Plaintiff") and Defendant Citibank, N.A., erroneously sued as American Express Company ("Citibank"),[1] hereby stipulate and agree as follows:

1.      The Parties hereby stipulate and agree that Plaintiff will submit his claims against in this action as to Citibank **only** to final and binding arbitration before the American Arbitration Association ("AAA"), as provided by the Card Agreement governing Plaintiff's account with Citibank, annexed hereto as Exhibit 1.

---

[1]  Plaintiff's Complaint improperly identifies "American Express Company" as a defendant.  However, the credit card at issue alleged in the Complaint as account no. 3774*** is a Macy's store branded American Express® credit card that was issued and serviced by Citibank, N.A.  Accordingly, Citibank is the correct entity.

BALLARD SPAHR LLP
One Summerlin, 1980 Festival Plaza Drive, Suite 900
Las Vegas, NV 89135-2958

2.    Plaintiff shall initiate arbitration against Citibank within ninety (90) days of the entry of this stipulated order.

3.    Plaintiff's claims against Citibank **only**, and any discovery between the Parties and this Court, shall be stayed pending completion of arbitration.

4.    Judgment upon the award rendered in the arbitration may be entered in this Court.

WHEREFORE, the Parties respectfully request the Court so-order this stipulation and refer Plaintiff's claims against Citibank only to final and binding arbitration.

It is so stipulated

DATED this 29th day of May, 2026.

FREEDOM LAW FIRM, LLC

By: */s/ Gerardo Avalos*
Gerardo Avalos, Esq.
Nevada Bar No. 15171
George Haines, Esq.
Nevada Bar No. 9411
8985 South Eastern Ave., Suite 350
Las Vegas, Nevada 89123
Tel: 702-880-5554
Fax: 702-385-5518
gavalos@freedomlegalteam.com
ghaines@freedomlegalteam.com

*Attorneys for Plaintiff Dawei Chen*

BALLARD SPAHR LLP

By: */s/ Abran E. Vigil*
Abran E. Vigil, Esq.
Nevada Bar No. 7548
1980 Festival Plaza Drive, Suite 900
Las Vegas, NV  89135-2958
Tel: 702-471-7000
Fax: 702-471-7410
Email: vigila@ballardspahr.com

*Attorneys for Defendant Citibank, N.A. (erroneously sued as American Express Company)*

**ORDER**

IT IS SO ORDERED:

DATED:  June 17, 2026

UNITED STATES DISTRICT JUDGE

BALLARD SPAHR LLP
One Summerlin, 1980 Festival Plaza Drive, Suite 900
Las Vegas, NV 89135-2958

1