George Haines, Esq.
Nevada Bar No. 9411
Gerardo Avalos, Esq.
Nevada Bar No. 15171
**FREEDOM LAW FIRM, LLC**
8985 South Eastern Ave., Suite 205
Las Vegas, NV 89123
ghaines@freedomlegalteam.com
gavalos@freedomlegalteam.com
Phone: (702) 880-5554
FAX: (702) 385-5518
*Attorneys for Plaintiff Dawei Chen*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Dawei Chen,<br><br>Plaintiff,<br>v.<br><br>Experian Information Solutions, Inc.; Trans Union LLC; Clarity Services, Inc.; American Express Company and JPMorgan Chase Bank, National Association,<br><br>Defendants. | Case No.: 2:26-cv-00087<br><br>**Stipulation of dismissal of all claims between Plaintiff and JPMorgan Chase Bank, National Association with prejudice** |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Dawei Chen and JPMorgan Chase Bank, National Association stipulate to dismiss all claims between Plaintiff and JPMorgan Chase Bank, National Association with prejudice.

Each party will bear its own costs, disbursements, and attorney fees.

Dated: October 12, 2026.

**FREEDOM LAW FIRM**

/s/ *Gerardo Avalos*
George Haines, Esq.
Gerardo Avalos, Esq.
8985 S. Eastern Ave., Suite 205
Las Vegas, Nevada 89123
*Counsel for Plaintiff*

**GREENBERG TRAURIG, LLP**

/s/ *Daniel R. Miller*
Joel E. Tasca, Esq.
Daniel R. Miller, Esq.
10845 Griffith Peak Drive, Suite 600
Las Vegas, NV 89135
*Counsel for JPMorgan Chase Bank, National Association*

IT IS SO ORDERED:

James C. Mahan

UNITES STATES DISTRICT JUDGE

DATED: October 13, 2026